COM.

v.

WESLING, D.

980 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

Reargument Denied 7/5/2017

CP–45–CR–0001697–2012

(Monroe)

Affirmed

COM.

v.

WALKER, N.

1902 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–0005780–2013

(Philadelphia)

Reversed/Remanded

COM.

v.

UTSEY, T.

1460 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

CP–46–CR–0003508–2012

(Montgomery)

Affirmed

COM.

v.

QUERENDONGO, F.

2121 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–0108811–2000

(Philadelphia)

Affirmed